UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Amber Kloha Mansfield, | Case No. 14-11766 |
| Plaintiff, | SENIOR UNITED STATES DISTRICT JUDGE |
| v. | ARTHUR J. TARNOW |
| COMMISSIONER OF SOCIAL SECURITY, | U.S. MAGISTRATE JUDGE ELIZABETH A. STAFFORD |
| Defendant. / | |

### ORDER ADOPTING REPORT AND RECOMMENDATION [21] AND GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [16]; DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [19]; AND REMANDING CASE TO THE SOCIAL SECURITY COMMISSIONER FOR FURTHER PROCEEDINGS CONSISTENT WITH THE R&R [21]

On April 17, 2015, the Magistrate Judge issued an R&R [21] recommending that the Court grant in part and deny in part Plaintiff's Motion for Summary Judgment [16], deny Defendant's Motion for Summary Judgment [19], and remand the case to the social security commissioner for further proceedings. Neither party has filed any objection to the R&R [21].

The Court having reviewed the record, the R&R [21] is hereby **ADOPTED** and is entered as the findings and conclusions of the Court.[1] Accordingly,

---

[1] The Court adopts the R&R [21] save for the last sentence of the Standard of Review section on page twenty-one, which appears to contain a typographical error contradicting the rest of the analysis. The Court adopts the conclusion that the ALJ's result was not supported by substantial evidence, as explained throughout the R&R [21] and as succinctly stated on page thirty-four of the R&R [21].

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment [16] is **GRANTED IN PART AND DENIED IN PART**.

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment [19] is **DENIED**.

**IT IS FURTHER ORDERED** that this case is **REMANDED** to the Social Security Commissioner for further proceedings consistent with the R&R [21].

**SO ORDERED**.

            s/Arthur J. Tarnow
            ARTHUR J. TARNOW
            SENIOR U.S. DISTRICT JUDGE

Dated: May 12, 2015